RICHARD S. HARTUNIAN
United States Attorney

Heetano Shamsoondar
Special Assistant U.S. Attorney
c/o Social Security Administration
Office of General Counsel
26 Federal Plaza, Room 3904
New York, New York 10278-0004
(212) 264-2426
heetano.shamsoondar@ssa.gov
Bar Roll No. 518286

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x
ANDREA YARDMAN,

                      Plaintiff,

         v.


CAROLYN W. COLVIN,
Acting Commissioner of Social Security,

                   Defendant.
--------------------------------------------------------x

Hon. Glenn T. Suddaby

Civil Action No. 3:14-CV-007
(GTS-DEP)

**CONSENT ORDER TO
REMAND UNDER SENTENCE 4
OF 42 U.S.C. § 405(g)**

       This matter having been opened to the Court by RICHARD S. HARTUNIAN, Acting

United States Attorney for the Northern District of New York, and Heetano Shamsoondar,

Special Assistant United States Attorney, attorneys for Defendant, for an Order remanding the

within cause of action to the Defendant pursuant to sentence 4 of 42 U.S.C. § 405(g) so that

further administrative action may be taken; and Plaintiff, through her undersigned attorney,

having consented to the within order and the requested remand, and the Court having considered

the matter,

       IT IS on this __25th__ day of ___November___, 2014;

ORDERED that the final decision of the Commissioner be and hereby is REVERSED

and the matter is REMANDED to the Defendant for further administrative action; and it is

further

ORDERED that the within matter, be and hereby is, DISMISSED in accordance with the

decision in *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

_____
David E. Peebles
U.S. Magistrate Judge

The undersigned hereby consent to the form and entry of the within order.

RICHARD S. HARTUNIAN
United States Attorney

By:     */s/ Heetano Shamsoondar*
          Heetano Shamsoondar
          Special Assistant U.S. Attorney
          Bar Roll No. 518286

By:     */s/ Peter A. Gorton*
          Peter A. Gorton
          Lachman, Gorton Law Firm
          P.O. Box 89
          1500 East Main Street
          Endicott, NY 13761